Dahiya Law Offices LLC
350 Broadway Suite 412
New York New York 10013
Tel: 212 766 8000
Fax: 212 766 8001

ROBERT GELTZER, ESQ.                                September 21, 2012
Law Offices of Robert L. Geltzer Floor: 5
1556 Third Avenue, Suite 505
New York, New York 10128

                In re: YONGDAE PARK, Case No. 11-40747-CEC
                Sub: Victoria Jeong Park and Subpoena

Dear Mr. Geltzer:

        I have been retained by Ms. Victoria Jeong Park and a Notice of Appearance has been filed with the court regarding same.

        Ms. Victoria, who is based in Allston, MA since June of 2012, received, via forwarded mail on September 7, 2012, a copy of the Court order and Subpoena issued by you regarding production of paperwork.  Based on my conversation with the debtor's attorney and other members, it is clear that you knew that the debtor was not in New York, when you moved for relief on the impugned motion under Fed. R. Bankr. P. 2004.  I am concerned about the form and format of the subpoena and it is clearly,  legally speaking,  infirm.  Ms. Jeong Park is a student attending school at Harvard University and this proceeding and especially this subpoena has caused her tremendous anguish and loss of studies. You are aware of the explicit prescription and proscription of Subpoena provisions under Rule 45 of FRCP, especially, " [a] party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena." You have obtained whatever documents that were available to the family members and Ms. Jeong Park's father—the debtor. She has no documents available to submit to you regarding the request you made in your subpoena. She has not lived with her parents since 2005.   Thank you for your consideration.

                                                           /s/Karamvir Dahiya
                                                           _____
                                                           Karamvir Dahiya, Esq.