LAW OFFICES OF

# ROBERT L. GELTZER

1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

October 3, 2012

BY FAX ONLY (212) 766-8001

Karamvir Dahiya, Esq.
Dahiya Law Offices, LLC
350 Broadway, Suite 412
New York, NY 10013

Re: Yongdae Park - Case No. 11-40747-CEC

Dear Mr. Dahiya:

This is in response to your September 21, 2012 letter in connection with Judge Craig's Order under Federal Rule of Bankruptcy Procedure 2004 (the "2004 Order"). Evidently, as you stated, Ms. Park has received the Order, the Application on which it is based, and the Subpoena, as you have evidenced by your ill-founded comments in connection therewith.

For your information, I did not know that she resides in Boston; thank you for informing me and, moreover, please provide her complete current address. Obviously, she received the 2004 Order at her New York address inasmuch as that was the only place that she was served; thus, service was proper. Further, the second to last sentence of your letter is irrelevant inasmuch as she was not served at her parents' address

Documents were due on September 22, 2012, but I am willing to extend the time for their production until October 15, 2012.

Upon your production and my review of all required documents, I shall advise you of the date for her examination, now set at my office on October 15, 2012 at 3:00 p.m.

If she has no documents whatsoever, please provide an affidavit to that effect so that she can be examined in connection therewith, as well as on all matters within the ambit of the Order and Rules, at the forthcoming examination.

Very truly yours,

Robert L. Geltzer

RLG:ayh

cc: ECF Clerk